# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Boulevard, Albany, New York 12212

**Andrea E. Celli, Esq.**　　Telephone: (518) 449-2043　　For payments Only:
　Trustee　　　　　　　　　Facsimile: (518) 449-2473　　P.O Box 1918
**Bonnie Baker, Esq.**　　　　　　　　　　　　　　　　　Memphis, TN 38101-1918
　Assoc. Attorney

August 10, 2010

Bankruptcy Court
James T. Foley U.S. Courthouse
445 Broadway, Suite 306
Albany, New York 12207

Re:　05-13419　　　　James & Sherryl Schrom

To Whom It May Concern:

　　Enclosed please find check #**921646** in the amount of **$46.28**. Pursuant to the order of confirmation, we have been collecting funds for a creditor in this case and have attempted to distribute funds. All attempts to contact and forward checks have been unsuccessful. The creditor name and address as listed on the proof of claim is as follows:

Claim No.　　　　3

Account#　　　　673202470162693

Creditor　　　　Citifinancial
　　　　　　　　4010 Regent Blvd.
　　　　　　　　Irving, TX 75083

Very truly yours,

*Cheryl Corning*

Cheryl Corning
Office of Andrea Celli